UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CASE NO. 5:15-CV-231

| | |
|---|---|
| GARY and ANNE CHILDRESS, THOMAS and ADRIENNE BOLTON, and STEVEN and MORGAN LUMBLEY, *on behalf of themselves and others similarly situated*,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA CORPORATION, BANK OF AMERICA, N.A., and FIA CARD SERVICES,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT AND FOR DEFENDANTS TO RESPOND

This matter comes before the Court on the Joint Motion filed by the Parties requesting that this Court extend the time for Plaintiffs to file an Amended Complaint up to and including September 18, 2015, deny without prejudice as moot Defendants' Motion to Dismiss (D.E. 34), and extend the time for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint up to and including November 2, 2015. The Court, finding that this Motion is timely made and that good cause is otherwise shown, GRANTS the Motion and ORDERS that Plaintiffs shall have through September 18, 2015, to file an Amended Complaint, that Defendants' Motion to Dismiss is denied without prejudice as moot, and that Defendants shall have through November 2, 2015, to answer or otherwise respond to Plaintiffs' Amended Complaint.

SO ORDERED, this the 20 day of August, 2015.

*[signature: Terrence Boyle]*
TERRENCE W. BOYLE
UNITED STATED DISTRICT JUDGE