IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:15-CV-231-BO

| | | |
|---|---|---|
| GARY and ANNE CHILDRESS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BANK OF AMERICA CORPORATION, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the Court on a joint motion by the parties to continue the Court's stay on ruling on plaintiffs' motion for class certification and appointment of class counsel. For good cause shown, the motion [DE 92] is GRANTED. The Court hereby DENIES WITHOUT PREJUDICE the pending motion at docket entry sixty-six. Plaintiffs may refile their motion, incorporating by reference the previously filed documents, not later than April 10, 2017, subject to further extension of the stay on motion by the parties. The parties shall further notify the Court not later than April 10, 2017, of the status of mediation.

SO ORDERED, this _19_ day of January, 2017.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE